JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    Email: mchaney@johnsonpham.com
Nicole L. Drey, SBN: 250235
    E-mail: ndrey@johnsonpham.com
Hung Q. Pham, SBN: 276613
    E-mail: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
FOSSIL GROUP, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOSSIL GROUP, INC., a Delaware Corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>ELIOT ANDREU, an Individual; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No.:  2:16-cv-02599 R (JEMx)<br><br>**PERMANENT INJUNCTION AND DISMISSAL** |

The Court, pursuant to the Stipulation for Entry of Permanent Injunction and Dismissal ("Stipulation") by and between Plaintiff FOSSIL GROUP, INC. ("FOSSIL"), through its counsel of record, and Defendant ELIOT ANDREU ("Defendant"), in pro se, filed concurrently herewith, hereby ORDERS, ADJUDICATES, and DECREES the following:

WHEREAS, Defendant is an individual residing and conducting business from Moultrie, Georgia.

/ / /

WHEREAS, Defendant conducts business utilizing www.ebay.com seller ID "fashionstation2015," and utilizing www.paypal.com ID/Email "eliotandreu@outlook.com."

WHEREAS, FOSSIL is the exclusive worldwide authorized licensee for the DIESEL®-related family of marks as applied to watches for the Italian corporation Diesel S.p.A., the trademark owner of the DIESEL®-related family of marks. FOSSIL has the power of attorney from Diesel S.p.A to enforce Diesel S.p.A's intellectual property rights related to watches.

WHEREAS, FOSSIL's exclusive license of the DIESEL® mark as applied to watches, includes, but is not limited to, numerous federal trademarks registered with the United States Patent and Trademark Office ("Diesel Trademarks"):

    a.    DIESEL®: Reg. No.: 1,989,390, registered July 30, 1996;

    b.    DIESEL ONLY THE BRAVE®: Reg. No. 1,939,141, registered December 5, 1995;

    c.    DIESEL BLACK GOLD®: Reg. No. 3,956,724, registered May 10, 2011;

    d.    Stylized D®: Reg. No. 3,225,322, registered April 3, 2007; and

    e.    Stylized D®: Reg. No. 2,376,399, registered August 15, 2000.

Permanent injunction shall be and is hereby entered against Defendant in the above-referenced matter as follows:

1. **PERMANENT INJUNCTION.** Defendant and any person or entity acting in concert with, or at the direction of Defendant, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which Defendant may exercise control, are hereby restrained and enjoined, pursuant to 15 United States Code § 1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

        a.    copying, manufacturing, purchasing, importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of any Diesel Trademarks, including but not limited to, DIESEL®-related word and design marks, and/or any intellectual property that is confusingly or substantially similar to, or that constitutes a colorable imitation of any Diesel Trademarks, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

        b.    performing or allowing others employed by, under control of, or representing Defendant, or under his control, to perform any act or thing which is likely to injure FOSSIL, any Diesel Trademarks, including but not limited to DIESEL®-related word and design marks;

        c.    engaging in any acts of federal and/or state trademark infringement, false designation of origin, unfair competition, dilution, or other act which would tend damage or injure FOSSIL; and/or

        d.    using, owning, possessing, and/or controlling any Internet domain name or website that includes any Diesel Trademarks including but not limited to DIESEL®-related word and design marks.

    2.    Defendant is immediately ordered to deliver to counsel for FOSSIL for destruction all unauthorized products, including counterfeit DIESEL®-related branded products, prints, packages, wrappers, receptacles and/or advertisements relating thereto in his possession or under his control bearing any Diesel Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendant's possession.

3. This Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

4. The Court finds there is no just reason for delay in entering this Permanent Injunction, and, pursuant to Rule 54(a) of the *Federal Rules of Civil Procedure*, the Court directs immediate entry of this Permanent Injunction against Defendant.

5. **NO APPEALS AND CONTINUING JURISDICTION.** No appeals shall be taken from this Permanent Injunction, and the parties waive all rights to appeal. This Court expressly retains jurisdiction over this matter to enforce any violation of the terms of this Permanent Injunction by Defendant.

6. **NO FEES AND COSTS.** FOSSIL and Defendant shall bear their own attorneys' fees and costs incurred in this matter.

7. **DISMISSAL.** Upon entry of this Permanent Injunction against Defendant, this case shall be dismissed in its entirety.

IT IS SO ORDERED, ADJUDICATED and DECREED this 9th day of August, 2016.

_____
HONORABLE MANUEL L. REAL
United States District Court Judge
Central District of California